# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   JASON J. STEVENS & SHELLY L. STEVENS         Case Number: 06-70927
4830 LINCLIFF DRIVE                         SSN-xxx-xx-6266 & xxx-xx-0061
ROCKFORD, IL  61109

Case filed on:    6/2/2006
Plan Confirmed on:    4/20/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $16,601.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 2,300.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,300.00 | 0.00 |
| 008 | JOSEPH D. OLSEN (7 TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JASON J. STEVENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 12,664.25 | 12,664.25 | 12,060.49 | 1,077.73 |
| 002 | EMC MORTGAGE CORPORATION | 1,392.85 | 1,392.85 | 0.00 | 0.00 |
| 003 | IRWIN HOME EQUITY | 32,709.85 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 46,766.95 | 14,057.10 | 12,060.49 | 1,077.73 |
| 004 | ECAST SETTLEMENT CORPORATION | 20,057.24 | 20,057.24 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 6,666.64 | 6,666.64 | 0.00 | 0.00 |
| 006 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | US BANK NA | 1,599.72 | 1,599.72 | 0.00 | 0.00 |
| 009 | AMCORE BANK NA | 1,743.71 | 1,743.71 | 0.00 | 0.00 |
| 010 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 30,067.31 | 30,067.31 | 0.00 | 0.00 |
|  | Grand Total: | 79,834.26 | 47,124.41 | 14,360.49 | 1,077.73 |

Total Paid Claimant:     $15,438.22
Trustee Allowance:       $1,162.78          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just. Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009           By  /s/Heather M. Fagan